Motion Sentence Reduction          Amendment

02 CR 60094 KMM                    782 3582 (C)(2)

FILED by PG D.C.
NOV 17 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

I William Eckhardt would like to file a motion on behalf of myself. I am filing a motion for reduction of sentence due to the changes of the new Law to see if I qualify. My case was originally a West Palm Beach case but I was advised to submit the motion through the Clerk of Court in Miami. I was not given specific instructions as to what personal information may be required so in order to help in the process of filing this motion I am including the following information as a precautionary measure.

William Jonathan Eckhardt 56147-004

All correspondence if any can be returned to me at the following return address

William J Eckhardt
FSL Jesup
2600 S. US Highway 301
Jesup GA. 31599

Valid till Dec 30 2014

Lucy Eckhardt
11411 N.W. 32 pl.
Sunrise Fl 33323

After Dec 30