UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 02-60094-CR-MOORE

**UNITED STATES OF AMERICA**

vs.

**WILLIAM JONATHAN ECKHARDT,**

   **Defendant.**
_____/

## GOVERNMENT'S RESPONSE TO DEFENDANT'S LETTER REQUEST TO REDUCE SENTENCE

On November 17, 2014, the defendant, William Jonathan Eckhardt, filed a letter requesting "reduction of sentence due to the changes of the new law . . . ." This court construed that request as a motion to reduce sentence and ordered the United States Attorney and Probation to respond by December 12, 2014.

Review of the docket in this case by the undersigned indicates that this case was dismissed upon government motion which was granted by order dated March 17, 2005. (DE 125.) Therefore, there is no sentence to reduce in this matter.

However, defendant Eckhardt was charged in Case No. 02-60021-CR-DIMITROULEAS and made his initial appearance in that case on April 25, 2002. Eckhardt entered a guilty plea in that case on July 12, 2002 and was sentenced on October 31, 2002 to concurrent terms of imprisonment of 196 months as to counts 1 and 3, and 120 months as to count 2.

The undersigned has reviewed the file in *that* case with a U. S. Probation Officer and it appears that Amendment 782 may apply to reduce the guideline range applicable in his case. Therefore, the government is preparing to file a response next week with analysis of the sentence in Case No. 02-60021-CR-DIMITROULEAS, and with a recommendation as to an appropriate sentence reduction based upon the new law.

                    Respectfully submitted,

                    WIFREDO A. FERRER
                    UNITED STATES ATTORNEY

By:    *s/ Lauren E. Jorgensen*
       LAUREN E. JORGENSEN
       Assistant United States Attorney
       Fla. Bar No. 726885
       500 Australian Avenue, Suite 400
       West Palm Beach, Florida 33401
       Tel: (561) 820-8711

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served today by United States mail to those parties who are not authorized to receive or did not receive the electronically filed Notices of Electronic Filing as indicated in the Service List:

William J. Eckhardt, Reg. 56147-004
FSL Jessup
2600 S. Highway 301
Jesup GA  31599

                    *s/ Lauren E. Jorgensen*
                    LAUREN E. JORGENSEN